UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

EMILY J. LEWIS, )
    Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
v. ) **CASE NO. 7:13-CV-59-D**
)
CAROLYN W. COLVIN, Acting Commissioner of )
Social Security, )
    Defendant. )

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court adopts the conclusions in the M&R. The plaintiff's motion for judgment on the pleadings is DENIED, defendant's motion for judgment on the pleadings is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED. The clerk shall close the case.

**This Judgment Filed and Entered on August 25, 2014, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Thomas M. Nanni (via CM/ECF Notice of Electronic Filing)

DATE                                 JULIE A. RICHARDS, CLERK
August 25, 2014                /s/ Susan K. Edwards
                                         (By) Susan K. Edwards, Deputy Clerk